| | |
|---|---|
| JOHN ROBERT DEMOS, | No. 2:19-cv-0378 DB P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL OBERLAND, | |
| Respondent. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with requests to proceed in forma pauperis and to appoint counsel. This court will not rule on petitioner's requests to proceed in forma pauperis or appoint counsel.

Petitioner is incarcerated in Monroe, WA and was convicted in King County, WA. Both Monroe, WA and King County, WA are in an area embraced by the United States District Court for the Western District of Washington.

Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis;

2. This court has not ruled on petitioner's motion for appointment of counsel; and

3. This matter is transferred to the United States District Court for the Western District of Washington. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: March 6, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/demo0378.108b

2